✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Gordillo Noel Jesus T831104
Name and Prisoner/Booking Number

4th Ave Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Gordillo Noel Jesus,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Maricopa County,
(Full Name of Defendant)

(2) Unknown Medical staff "1",

(3) Unknown Medical staff "2",

(4) Unknown Medical Supervisor,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-1372-PHX-ROS (ESW)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: ___.

2. Institution/city where violation occurred: Maricopa County 4th ave jail.

3.

550/555

5. Paul Penzone. Sheriff

6. Bill Williams Jail Comander

7. UNKNOWN Shift lead

## B. DEFENDANTS

1. Name of first Defendant: Maricopa County. The first Defendant is employed as: Maricopa Sheriffs office (Position and Title) at Maricopa County (Institution).

2. Name of second Defendant: UNKnown Medical Staff The second Defendant is employed as: as: Medical Staff (Position and Title) at walkers jail, 4th ave jail (Institution).

3. Name of third Defendant: UNKnown Medical staff. The third Defendant is employed as: Medical staff (Position and Title) at Maricopa Sheriffs officer (Institution).

4. Name of fourth Defendant: UNknown Medical Superuser. The fourth Defendant is employed as: Medical Superuser (Position and Title) at Maricopa Sheriffs officer (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed?________. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties:____________ v. ____________
   2. Court and case number:____________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)____________.

b. Second prior lawsuit:
   1. Parties:____________ v. ____________
   2. Court and case number:____________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)____________.

c. Third prior lawsuit:
   1. Parties:____________ v. ____________
   2. Court and case number:____________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)____________.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

5. Paul Penzone is employed as the Sheriff of Maricopa County

6. Bill Williams is employed as the 4th ave jail Commander. for Maricopa County Sheriffs officer

7. UNKNOWN shift Supervisor is employed as a officer or Jail Supervisor, for Maricopa County Sheriffs offices

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other:

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The Maricopa County Sheriffs office, And Three unknown medical staff But not limited to Paul Penzone Sheriff, W.B. Williams jail Comander and unknown Shift supervisor's violated My fourteenth Amendment right to provide Me with Adequate Medical Care, In away of punishment with injurys only because of the Defendants actions, I was injured! (Intentional Infliction of Emotional and Mental Damage, And physical pain in away of punishment and Deprivation of adequate Medical Care.

Please see Add'ed pages

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Intentional Infliction of Mental and Emotional suffering and physical pain

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No

c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

**Maricopa County Sheriff's Office**
**Paul Penzone, Sheriff**

# INMATE GRIEVANCE FORM

\# ______________ Office use only

TO: C.B.H.S RECEIVED BY: [illegible] DATE/TIME: 05-07-23/9:46

FROM: [illegible] | T431104 | 4th Ave [illegible] | -5- | 3-17-23
Inmate name | Booking # | Facility | Cell/Bed | Date /Time

**I. Grievance** (to be completed by inmate): Briefly describe your grievance and a proposed resolution.

I was asked If I wanted A STD test and yes I didn't get tested for A hole month after my girl friend tested positive for Syphilis and when I got tested I came up positive as well the provider says oh its A bad test and they want to push my test for 1 whole month I'm very concerned for my health I'm at the beginning stages of it and I have symptoms and told the nurses that and they say I'll be fine wait next month this is my second Grievance I put in and I take medication on the streets cuz the pain I have in my head and been in pain for going for A long time now I want this to get to my medication I'm tired of being patient I want this to go straight to the next level "court"!! they have my symptoms to get worst

[signature] 05-07-23 / 9:45am
Inmate Signature Date / Time

**II. Officer Action Taken to Resolve:** ☐ **Addendum attached** **Translator:** ______

Officer Name / Serial # Date / Time

**This grievance has been:** ☐ **Resolved informally** ☐ **Withdrawn by the inmate** ☐ **Forwarded to the next level**

Inmate Signature Date / Time

**III. Sergeant Action Taken to Resolve:** ☐ **Addendum attached** **Translator:** ______

Sergeant Name / Serial # Date / Time

**This grievance has been:** ☐ **Resolved informally** ☐ **Withdrawn by the inmate** ☐ **Forwarded to the next level**

Inmate Signature Date / Time

**IV. Shift Commander Action:** ☐ **Addendum attached** ☐ **I concur with the findings and actions taken by staff**

Shift Commander Name / Serial # Date / Time

**This grievance has been:** ☐ **Resolved informally** ☐ **Withdrawn by the inmate** ☐ **Forwarded to the next level**

Inmate Signature Date / Time

**V. Custody Bureau Hearing Unit Action (formal):** ☐ **Addendum attached** **Translator:** ______

Custody Bureau Hearing Sergeant Name / Serial # Date / Time

Inmate's Signature Booking # Date / Time

**To Inmate:** If not satisfied with the Hearing Sergeant's resolution, submit an inmate Institutional Grievance Appeal form within **24 hours** of receipt to the Jail/Division Commander through the Hearing Sergeant. You must attach the yellow copy of this grievance to the appeal.

WHITE-Return to the Hearing Officer upon response YELLOW-Return to inmate with response PINK-Retained by inmate upon submittal

On March, 17, 2023, I talkied to a unknown medical staff. At the Maricopa County 4th ave jail In Phoenix Arizona, About being tested for a S.T.D. Only because, Two week's befor i had a phone Call from my ex-girlfriend, She stated that She has syfilis, And she thought it better if i knew as whell, And was test'ed.

So at or on March 17, 2023. I notified by unknown Medical staff "1" and "2" and asked for emergency Medical, To be test'ed, On all S.T.D's, And any other test that they offer.

And when unknowon Medical staff "1" and "2" Came to my Cell in 4th ave jail, The two unknown Medical staff "1" and "2". Did state

they offer treatment, But first they have two do "Blood-work", to check and see if i have syfilis, And if the test come back positive they Can start treatment, As soon as the test Come back, Now this was a emergency and they took money out of my inmate account,

And get 30 days latter, they came to do the test, And i had asked them, The two unknown medical staff "1" and "2", Why did this take so long to do if this was a "emergency", Why did it take Medical so long to come see me,

And the state of mind the two unknown Medical staff left me in, Now seemed like punishment but not limited to Intentional Infliction of mental

suffering, By the two unknown Medical staff "1" and "2", But also not limited to Negligence, Failure to supervise by unknown Medical staff supervisor, Gross negligence in training techniques (ARMENTA vs. City of Case Grande 205 Ariz 367, 71 P3d 359 20 Ariz Ct. app 2003), But not limited to Paul Penzone Created a hostile envieronment due to failue to supervise Gross negligence in training/hiring practice and Vicarious liability for failuer to Maintaine Control over supervisors, B.M Williams jail Comader. deputies and a facility. A Violation of my fourteenth amendment right, In away of punishment by the defendants, And have stated they dont have enough staff members, And the two unknown medical staff

has even went as far as Making jokes, And laughing about medical problumes, Not limited to being unprofessional, And only because of the actions of the unknown Medical staff "1" and 2. Intentional decision Inflicted Emotional and Mental suffering the two unknown Medical staff were unprofessional that caused injury's. And not limited to Lack of / improper training techniques by unknown Medical staff supervisers. And once the first treatment was done they stated that i tested positive for syfilis And they Wanted to test me again to see and make sure they got the test right. And again they are unprofessional, And now Claim they dont know if they did there job the right way. And then refused

me the treatment after they told me i had "syfilis" a S.T.D. This Intentional decision Inflicted physical pain as much as Emotional and Mental damage and then Deprive me any medical Cure.

At this point my mental and emotional mindset, Caused Mental and Emotional anguish Not only because the two unknown medical staff members, Thought my Condition was in someway a joke, Then they stated they dont know if they even know how to do there job, By stating they need to retest me, Only because they said on April 19, 2023. I was positive for "syfilis" a STD and needed treatment, But then tried to make jokes, And refuse me any Medical Cure,

putting my mental state of mind at risk And Causing me physical pain, Emotional Damage being Very unprofessional, These two because they the two unknown Medical staff said they Dont have the resources to do there job's.

A violation of my fourteenth Amendment that a pre-trial detainee be free from punishment Not limited to Conditions of Confinement and to receive adequate food, Clothing Sanitation, housing, personal safety, and Medical Care, The unconstitutional deprivation of adequate Medical Care, fills more like a punishment tool, But not limited of lack of supervison Gross negligence, By supervisores, and 'training'

the intentional decision of the Maricopa County Sheriff's offices, In Gross negligence to maintain Control over facility staff supervisers and training techniques, Is why unknown medical staff 'i and 'ii' unprofessional conduct Inflicted physical pain, And Emotional and mental damage. And a Violation of my fourteenth amendment.

The mockery and unprofessional Conduct was put on the run, fu others to hear. Inflicting Emotional and mental Damage in a unprofessional way, With injurys Only because of the actions of unknown medical staff 'i and 'ii' Intentionally Caused me physical pain as well

the on-going negligence of the Maricopa County Sheriffs officer And failure to controe is not something that just happend over night years now, And how many times has the Courts had to get involved, the Intentional decision of the sheriff and deprivation of Paul Penzone to fix ongoing problems with but limited to Conditions that meet federal guidelines and failure to maintain Control of facility's and to provide adequate Medical Care, It fills more of a punishment and a Violation of my Constitutional right as a pre trial detainee, And only because of these actions of negligence, and deprivation has Caused me injurys.

The Maricopa County Medical staff did'nt Comply with policies or procedures

And only because of the actions of the defendants, My personal saftey was at risk and well been. Only because the defendants chose to neglect procedures and protocal.

And had to endure Countless testing with Intentional Infliction of Emotional and mental damage, due to lack of supervision and unprofessionalims, If Maricopa County Medical Staff would have done there job Correctly the first time, I would have been free not only from Emotional and Mental damage, I would not have to endure physical pain, or as much that

Was only Inflicted by the Defendants

Do to lack of training or technique's that were used incorrectly, In what seemed like a punishment. That intentionally Inflicted damage. Buy the Defendants

I have exhausted all internal revenues It's been months and Medical has refusesed to to respond, And jail commander B.W. Williams have stated they have no control over Medical

And Medical has refused me treatment Because they Claim the test are as of now inconclusive, And have refused any further testing or treatment, A violation of my fourteenth Amendment, As a way of punishment

## COUNT II

1. State the constitutional or other federal civil right that was violated: ____________________

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ____________________

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   2. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   3. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____________________

## COUNT III

1. State the constitutional or other federal civil right that was violated: ______________________

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______________________

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   2. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   3. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______________________

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking: I will acsept A Payment of $500,000 five hundred thousand dollers for the pain and suffering Im going threw, and trama Im dealing with

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06-28-23
DATE

[signature]
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# CERTIFICATION

I hereby certify that on this date ______ **July 10, 2023** ______

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon ______________________ United States District Court, District of Arizona.

___ Hon ______________________ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, ______________________

___ Judge ______________________ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona ______________________

___ Public Defender, Maricopa County, State of Arizona ______________________

___ Attorney ______________________

___ Other ______________________

___ ______________________

___ ______________________

______________________ **B4627**
Legal Support Specialist Signature S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009